UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONNIE SMITH,

          Plaintiff,

-against-

NEW YORK CHILD SUPPORT PROCESS CENTER, TAX OFFSET UNIT; THRIFT SAVINGS PLAN,

          Defendants.

19-CV-9266 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 25, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 25, 2019
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge